Albert H. Dunlap, Appellant, v. Ivory Horton, Appellee.

Gen. No. 44,646.

opinion filed March 16, 1949; rehearing denied April 6, 1949; released for publication April 11, 1949. David H. Bowen, for appellant; Claude W. B. Holman, Ellis & Westbrooks, Edward M. Byrd and Alvin A. Turner, for appellee; Claude W. B. Holman, of counsel. Opinion by JUSTICE LEWE. Not to be published in full.